| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. S. 07-029 FCD |
| v. | ) | |
| | ) | |
| JOSE LUIS ESCARENO | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (**X**) Ad Prosequendum                             ( ) Ad Testificandum

Name of Detainee:
Detained at (custodian):          **CSP CALIPATRIA**

Detainee is:          a.)      (**X**) charged in this district by: (**X**) Indictment ( ) Information ( ) Complaint
                                          charging detainee with: Being a Deported Alien Found in the United States
            or         b.)      ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:        a.)      ( ) return to the custody of detaining facility upon termination of proceedings
            or         b.)      (**X**) be retained in federal custody until final disposition of federal charges, as a sentence
                                      is currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Michael M. Beckwith |
| Printed Name & Phone No: | MICHAEL M. BECKWITH/916-554-2797 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                             ( ) Ad Testificandum

       The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: February 9, 2007.

                                                                    U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Luis Paredes Escareno, aka Jose Luis Escareno-Paredes | Male  X   Female ___ |
| Booking or CDC #: | F44482 | DOB: |
| Facility Address: | 7108 Blair Road | Race: |
| | Calipatria, CA  92233 | FBI #: 696062RA6 |
| Facility Phone: | 760-348-7000 | |
| Currently Incarcerated For: | | |

### RETURN OF SERVICE

Executed on  _____  By: _____
                                                                                       (Signature)